571 A.2d 1311

RIBEIRA & LOURENCO CONCRETE CONSTRUCTION, INC., PLAINTIFF-APPELLANT, v. JACKSON HEALTH CARE ASSO-CIATES; JOHN J. MICHAELS DEVELOPERS, INC.; MICHAEL CASTORO; GREEN CAST ENTERPRISES, INC.; CONDOR COMPANY, INC; AND HOWARD LOWY, DEFENDANTS, AND INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, DEFENDANT-RESPONDENT.

Argued February 14, 1990—Decided April 10, 1990.

*Ronald Horowitz* argued the cause for appellant (*Rubin, Rubin & Malgran,* attorneys; *David B. Rubin,* on the brief).

*Peter V. Koenig* argued the cause for respondent (*Napodano & Raffo,* attorneys).

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division, reported at 231 *N.J.Super.* 16, 554 *A.*2d 1350 (1989).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN—7.

*For reversal*—None.